IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AT HOME AUTO GLASS, LLC
A/A/O JOSEPHINE MONROE,

  Appellant,

 v.

         Case No.  5D21-2213
         LT Case No. 2021-SC-000992

MENDOTA INSURANCE COMPANY,

  Appellee.
_____/

Opinion filed August 26, 2022

Nonfinal Appeal from the County Court
for Seminole County,
James J. DeKleva, Judge.

Chad A. Barr, of Chad Barr Law,
Altamonte Springs, for Appellant.

Matthew C. Scarborough and Amy
Lee, of Scarborough Attorneys at
Law, Tampa, for Appellee.


PER CURIAM.

 At Home Auto Glass, LLC a/a/o Josephine Monroe appeals the trial

court's nonfinal order granting Appellee, Mendota Insurance Company's,

motion to transfer venue pursuant to section 47.122, Florida Statutes (2020). Based on our recent decision in *At Home Auto Glass, LLC v. Mendota Insurance*, 47 Fla. L. Weekly D1706 (Fla. 5th DCA Aug. 12, 2022), which involved the same parties and is indistinguishable in all material respects from the instant case, we reverse the order transferring venue and remand this case for further proceedings.

REVERSED and REMANDED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.